# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

　　　　v.　　　　　　　　　　　　　　　　　　　　Crim. No. 5:18-CR-55-1D

**CHRISTOPHER MADISON TURNER**

On July 15, 2020, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　/s/Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　Executed On: August 15, 2022

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26__ day of __August__, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Dever_
　　　　　　　　　　　　　　　　　　　　　　　　　　James C. Dever III
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge